UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81168-CIV-HURLEY/LYNCH

RICHARD J. HOFFMAN
    plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner, Social Security A
dministration,
    defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the court upon the defendant's motion to dismiss for failure to timely file complaint seeking judicial review within sixty days of the date of the Appeals Council's decision letter [DE# 8].

This matter was previously referred to United States Magistrate Judge Frank J. Lynch, Jr., pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On April 14, 2011, Magistrate Judge Lynch filed a report and recommendation upon the motion [DE# 9]. Neither party has since filed objection to the report.

Following careful review, the court finds the determinations of Magistrate Judge Lynch to be sound and well-reasoned and accordingly will adopt them here.

It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Lynch's April 11, 2011 report and recommendation [DE#9] is **ADOPTED** and **INCORPORATED** in full.

2. The defendant's motion to dismiss [DE# 8] is **GRANTED,** and the plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

Case No.: 10-81168--CIV-HURLEY/LYNCH
Order Adopting Magistrate's Report and Recommendation

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of May, 2011.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Frank J. Lynch, Jr.

Shelley Goldman Maurice, Esq.

Carlos Javier Raurell, AUSA